# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5268**                                              **September Term, 2024**

**1:25-cv-01294-AHA**

**Filed On:** August 14, 2025

Todd M. Harper, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board and Tanya F. Otsuka, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,

       Appellees

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

       Appellants

      **BEFORE:**   Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the request for expedition, included in the opposition to the emergency motion for stay pending appeal, and the opposition to that request, it is

**ORDERED** that the request for expedition be denied insofar as it proposes a schedule and that consideration of the request otherwise be deferred pending further order of the court.

**Per Curiam**

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                       BY:     /s/
                                  Selena R. Gancasz
                                  Deputy Clerk