# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5268**    **September Term, 2025**

**1:25-cv-01294-AHA**

**Filed On:** September 29, 2025

Todd M. Harper, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board and Tanya F. Otsuka, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,

    Appellees

  v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be removed from the November 21, 2025, oral argument calendar and held in abeyance pending the Supreme Court's disposition of *Donald Trump, et al. v. Rebecca Slaughter, et al.*, No. 25-332 (*cert. granted*, Sept. 22, 2025).

The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition by the Supreme Court.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

  BY:  /s/
        Michael C. McGrail
        Deputy Clerk