[NOT YET SCHEDULED FOR ORAL ARGUMENT]

No. 25-5268

# United States Court of Appeals
## *for the*
## District of Columbia Circuit

---

TODD M. HARPER,
in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, *et al.*,
*Plaintiffs-Appellees*

v.

SCOTT BESSENT,
in his official capacity as Secretary of the Treasury, *et al.*,
*Defendants-Appellants*

---

From the United States District Court for the District of Columbia
Case No. 25-01294-AHA (Hon. Amir H. Ali)

---

## **NOTICE OF WITHDRAWAL OF APPEARANCE BY CHRISTOPHER KIM**

Please take notice that Christopher M. Kim withdraws his appearance as counsel for Plaintiffs-Appellees Todd M. Harper and Tanya F. Otsuka in the above-captioned appeal. As of May 13, 2026, Mr. Kim will no longer be associated with Holwell Shuster & Goldberg LLP. Vincent Levy and Denis Metin of Holwell Shuster & Goldberg LLP will continue to represent Plaintiffs-Appellees.

Dated: May 12, 2026

/s/ Christopher M. Kim

Christopher M. Kim
HOLWELL SHUSTER &
   GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Tel.: (646) 837-5151
ckim@hsgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I caused this document to be filed through the ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Christopher Kim*
Christopher Kim