# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5268**

**September Term, 2025**

**1:25-cv-01294-AHA**

**Filed On: July 15, 2026**

Todd M. Harper, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board and Tanya F. Otsuka, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,

     Appellees

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

     Appellants

    **BEFORE:**   Henderson and Wilkins, Circuit Judges

## O R D E R

      Upon consideration of the court's order filed September 29, 2025, which directed the filing of motions to govern future proceedings in this case within 30 days of the Supreme Court's disposition of Trump v. Slaughter, No. 25-332 (decided June 29, 2026), appellees' motion to enter a briefing schedule, and the response thereto, it is

      **ORDERED** that consideration of appellees' motion be deferred pending further order of the court. In lieu of a separate motion to govern, appellants are directed to provide their position on future proceedings in this case by filing a supplemental response to appellees' motion by July 29, 2026. Appellees may file a reply by August 5, 2026.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

    BY:   /s/
        Francis A. Walter
        Deputy Clerk