[NOT YET SCHEDULED FOR ORAL ARGUMENT]

No. 25-5268

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————————

TODD M. HARPER, et al.,

Plaintiffs-Appellees,

v.

SCOTT BESSENT, et al.

Defendants-Appellants.

————————————

On Appeal from the United States District Court
for the District of Columbia

————————————

POSITION ON FUTURE PROCEEDINGS

————————————

This appeal arises from plaintiffs' termination from the National Credit Union

Administration (NCUA) Board in April.  On July 24, 2025, the district court granted

summary judgment for the plaintiffs and issued an order reinstating them to office.

The government filed its opening brief on September 12, 2025.  On September 29,

2025, on this Court's own motion, it held the case in abeyance pending further

decision from the Supreme Court in *Slaughter v. Trump*, No. 25-332 (U.S.), after

certiorari was granted in that case on September 22, 2025.  The Supreme Court

issued its decision in *Slaughter* on June 29, 2026. Plaintiffs then moved for expedited briefing on the merits, and this Court ordered defendants "to provide their position on future proceedings in this case by filing a supplemental response to [plaintiff]-appellees' motion." Order (July 15, 2026).

The defendants do not intend to file a new opening brief. Defendants stand on the arguments made in the original opening brief, which are in accord with those adopted by the Supreme Court in *Trump v. Slaughter*, 609 U.S. ---, 2026 WL 1855612 (2026), and *Trump v. Cook*, 609 U.S. ---, 2026 WL 155613, at *13 n.5. Defendants will address these cases, and any arguments plaintiffs may make with respect to them, in the reply brief.

Thus, the defendants propose that plaintiffs file their response brief on **August 28, 2026**, which is 30 days from today, and that defendants file their reply on **September 18, 2026**, 21 days after that. That schedule would place the merits briefing here on par with other appeals that had been held in abeyance pending the Supreme Court's decisions in *Slaughter* and *Cook*. *See* Order, *Perlmutter v. Blanche*, No. 25-5285 (D.C. Cir.) (setting schedule of 40 days for opening brief, 30 days for answering brief, and 30 days for reply brief).

The defendants' proposed schedule would also permit the government attorneys with primary responsibility in this appeal, Laura E. Myron and Daniel Aguilar, appropriate time to draft the reply brief and satisfy their other court

deadlines in *Missouri v. Blanche*, No. 1674 (8th Cir.) (response brief due Aug. 5); *Lee v. Trump*, Nos. 26-7049, 26-7052 (D.C. Cir.) (opening brief due Aug. 10, extension requested until Sept. 1); *Jackler v. Department of Justice*, No. 26-1575 (Fed. Cir.) (en banc answering brief due Aug. 28); *IHC Investments, Inc. v. DEA*, No. 26-3739 (9th Cir.) (answering brief due Aug. 28); *Black v. SEC*, No. 25-1718 (4th Cir.) (answering brief due Aug. 28); *Doe v. Department of Justice*, No. 23-3717 (9th Cir.) (opening brief due Aug. 31); *Elite Precision v. ATF*, No. 25-11206 (5th Cir.) (oral argument to be held Sept. 2); *United States v. Carroll*, No. 26-1655 (8th Cir.) (answering brief due Sept. 8); *Rop v. FHFA*, No. 26-1450 (6th Cir.) (answering brief due Sept. 8); *Black v. SEC*, No. 26-1357 (4th Cir.) (answering brief due Sept. 16); *Nichols v. Kennedy*, No. 26-60389 (5th Cir.) (answering brief due Sept. 25).

## CONCLUSION

The Court should order plaintiffs-appellees to file their response brief on August 28, 2026, and for defendants-appellants to file their reply on September 18, 2026.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
MICHAEL S. RAAB
DANIEL AGUILAR

3

/s/ Laura E. Myron
LAURA E. MYRON
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7228*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-4819*

2

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 521 words. This response also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Laura E. Myron*
LAURA E. MYRON