# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5268**                                    **September Term, 2025**

**1:25-cv-01294-AHA**

**Filed On:** August 5, 2026

Todd M. Harper, in his personal capacity and
in his official capacity as a Member of the
National Credit Union Administration Board
and Tanya F. Otsuka, in her personal
capacity and in her official capacity as a
Member of the National Credit Union
Administration Board,

        Appellees

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

        Appellants


    **BEFORE:**   Katsas, Rao, and Childs, Circuit Judges

## **O R D E R**

    Upon consideration of the motion to set a briefing schedule, the response
thereto, the supplement to the response, and the reply, it is

    **ORDERED** that this case be returned to the court's active docket.  It is

    **FURTHER ORDERED** that the following schedule for the remainder of briefing
will now apply in this case:

    Appellees' Brief                                    August 28, 2026

    Appellants' Reply Brief                          September 18, 2026

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5268**                                **September Term, 2025**

The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing.  The parties will be informed later of the date of oral argument and the composition of the merits panel.

**<u>Per Curiam</u>**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Amy Yacisin
Deputy Clerk