# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5268** **September Term, 2025**

**1:25-cv-01294-AHA**

**Filed On:** August 5, 2026

Todd M. Harper, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board and Tanya F. Otsuka, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,

Appellees

v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

Appellants

**BEFORE:** Katsas, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to set a briefing schedule, the response thereto, the supplement to the response, and the reply, it is

**ORDERED** that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the following schedule for the remainder of briefing will now apply in this case:

| | |
|---|---|
| Appellees' Brief | August 28, 2026 |
| Appellants' Reply Brief | September 18, 2026 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5268** **September Term, 2025**

The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Amy Yacisin
Deputy Clerk