# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5268** **September Term, 2026**

**1:25-cv-01294-AHA**

**Filed On: November 17, 2026** **[2203718]**

Todd M. Harper, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board and Tanya F. Otsuka, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,

Appellees

v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

Appellants

**BEFORE:** Circuit Judges Henderson and Pillard, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, November 17, 2026 at 09:36 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Daniel Aguilar (DOJ), counsel for Appellants.

Vincent Levy, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk